# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Wednesday, November 30, 2016

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                    Reporter: Janet Collins, OCR

| Set: 11:30 a.m. | Started: 11:30 a.m. | Ended: 12:35 p.m. |
|---|---|---|

| Case No.   4:15cv140 |
|---|
| **Slay's Restoration, LLC** |
| v. |
| **Wright National Flood Insurance Company, et. al.** |
| |
| |
| Attorney's John Wilson and James Johnson appeared on behalf of the plaintiff. |
| Attorney Theodore Brenner appeared on behalf of defendant Wright National Flood Insurance Company and Jeffrey Nicholl. |
| Attorney Robert McFarland, Bryan Fratkin, Brian Schmalzbach, and John Carter appeared on behalf of defendant Colonial Claims Corporation. |
| Attorney Ramsay McCullough appeared on behalf of defendants KLSM Consulting Group, Inc., CIS Group LLC, Samuel Woodard, and Jeffrey Kaiser. |
| |
| Matter came on for Motion Hearing re: #24 Colonial Claims Corp Motion to Dismiss, #26 CIS Group Motion to Dismiss, #28 Wright National Motion to Dismiss, #29 Jeffrey Nicholl Motion to Dismiss, and #63 KLSM Motion to Dismiss. |
| |
| Comments of the Court. |
| Argument of counsel heard |
| Court takes matter under advisement and will issue an order. |
| |
| |
| Court adjourned. |