FILED: April 2, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1106
(4:15-cv-00140-RAJ-LRL)
_____

SLAY'S RESTORATION, LLC

      Plaintiff - Appellant

v.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY; COLONIAL CLAIMS CORPORATION; KLSM CONSULTING GROUP, INC., d/b/a JD Consulting & Appraisal Group; CIS GROUP LLC; SAMUEL WOODARD; JEFFREY NICHOLL; JEFFREY P. KAISER; MICHAEL CARMELIA

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 03/09/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*